In the Matter of the Claim of CARL ANTONINI, Respondent, v. PROGRESSIVE ELECTRONICS et al., Appellants. WORKMEN'S COMPENSATION BOARD, Respondent.—

Present — Bergan, P. J., Coon, Herlihy, Reynolds and Taylor, JJ.